

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00108-CV**

| | | |
|---|---|---|
| Ally Financial, Inc. | § | From the 67th District Court |
| v. | § | of Tarrant County (67-260174-12) |
| | § | January 23, 2014 |
| Sandra Gutierrez and Homeward Residential | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Ally Financial, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____
Justice Lee Gabriel